MARINE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BISSO MARINE, LLC** | **CIVIL ACTION NO.** |
| Plaintiff | SECTION " " |
| v. | JUDGE: |
| **JONATHAN MILLER** | DIVISION " " |
| Defendant | MAGISTRATE JUDGE |

## COMPLAINT FOR DECLARATORY JUDGMENT

Bisso Marine, LLC ("Bisso"), a Louisiana limited liability company authorized to do and doing business in the State of Louisiana, respectfully avers the following:

1.

This action arises under the General Maritime Law of the United States, with jurisdiction premised upon 28 U.S.C. §1333. Bisso seeks a determination pursuant to 28 U.S.C. §2201 that it is not liable to defendant Jonathan Miller ("Miller") for maintenance and cure benefits.

2.

These claims are asserted in Admiralty under the provisions of and within the meaning of F.R.C.P. 9(h). Venue is proper in this Court pursuant to 28 U.S.C. §1391, as Miller entered into his employment contract with Bisso within this district, Bisso's diving operations were managed within this district, and the events giving rise to the issues herein occurred within this district.

3.

Defendant Miller is a resident of Houston, Texas who sought and obtained employment with Bisso through its dive department based in New Orleans, Louisiana.

4.

Miller alleges that he suffered an injury to his back while picking up a ten-pound box of paper on board Bisso's lay barge MIGHTY CHIEF on May 23, 2013.  Bisso immediately began paying maintenance and cure, and has done so continuously since that time.

5.

On May 24, 2013, Miller was seen by the medic on board the MIGHTY CHIEF. The medic's report notes that Miller had been suffering from "back soreness for couple weeks."

6.

On September 13, 2013, Miller was seen by Melissa Oehl Garcia, a certified physician's assistant selected by Miller, at the Barnard Family Health Center. PA Garcia's records from that visit report that there was "no known injury" and that Miller "denies work injury".

7.

On September 19, 2013, Miller was seen by Dr. Masroor Ahmed, a physician selected by Miller.  Dr. Ahmed noted in his report of that same date that Miller "denies any injury or accident".

8.

Defendant Miller alleges that he remains injured, disabled from employment, and that despite the passing of more than four and a half years, he has not yet reached maximum medical improvement ("MMI").

9.

Contrary to Miller's allegations concerning his medical condition and inability to work, Bisso recently discovered that Miller has been operating a steam cleaning business for at least the past year and a half.

10.

Miller has engaged in vigorous physical labor, directly contradicting what he has told Bisso and his physicians concerning his physical abilities and medical condition.

11.

Bisso seeks a judgment declaring that Miller is not entitled to additional maintenance and cure benefits on two grounds: (i) Miller's alleged injuries did not manifest while he was in the service of the vessel, and (ii) Miller has misrepresented his physical abilities and medical condition and is no longer in need of medical treatment for the alleged injuries he claims manifested while he was in the service of the vessel.

12.

An actual controversy within the jurisdiction of this Court exists with regard to the matters stated herein.

WHEREFORE, all premised considered, Plaintiff Bisso Marine, LLC respectfully prays that after all legal delays and due proceedings had, there be judgment herein declaring that defendant, Jonathan Miller, is not entitled to maintenance and cure benefits from Bisso, and for such other relief to which Bisso may be entitled under the law, including but not limited to attorneys' fees and costs.

Respectfully submitted:

/s Raymond T. Waid

_____
David L. Reisman, T.A. (Bar #21833)
Raymond T. Waid (Bar #31351)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
dreisman@liskow.com
rwaid@liskow.com

*Attorneys for Bisso Marine, LLC*